UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMMAN,<br>            Petitioner,<br>   v.<br>,<br>           Respondent. | Case No. 21-cv-09688-JD<br><br>**ORDER RE DISMISSAL**<br>Re: Dkt. No. 2 |

Petitioner, who appears to be in custody, submitted a pro se letter to the Court seeking a writ of mandamus. Petitioner was sent a notice that he had not paid the filing fee, submitted a complete application for leave to proceed in forma pauperis ("IFP") or submitted a formal petition or complaint. He was provided twenty-eight days correct these deficiencies. More than twenty-eight days has passed, and petitioner has not paid the fee, filed a complete application to proceed IFP, submitted a formal petition or complaint or otherwise communicated with the Court. The case is **DISMISSED** without prejudice and the motion for relief (Dkt. No. 2) is **DENIED** without prejudice.

**IT IS SO ORDERED.**

Dated: February 11, 2022

JAMES DONATO
United States District Judge